**MILBANK LLP**
SAMIR L. VORA (SBN 253772)
svora@milbank.com
2029 Century Park East
Los Angeles, CA 90067
Telephone:     (424) 386-4316
Facsimile:     (424) 386-4316

NEAL K. KATYAL (*pro hac vice*)
nkatyal@milbank.com
1101 New York Avenue NW
Washington, D.C. 20005
Telephone:     (202) 835-7500
Facsimile:     (202) 263-7586

MATTHEW J. LAROCHE (*pro hac vice*)
mlaroche@milbank.com
LUCILLE E. BAEURLE (*pro hac vice*)
lbaeurle@milbank.com
ALEXANDER S. RUPPERT (*pro hac vice*)
aruppert@milbank.com
55 Hudson Yards
New York, NY 10001
Telephone:     (212) 530-5000
Facsimile:     (213) 530-5219

*Attorneys for Defendant Quill & Arrow LLP*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>QUILL & ARROW LLP,<br><br>            Defendant. | Case No. 2:26-CV-06614-DMG-PVC<br><br>**DEFENDANT QUILL & ARROW LLP'S NOTICE OF INTERESTED PARTIES**<br><br>Assigned to the Hon. Dolly M. Gee<br><br>Action filed: June 18, 2026 |

## <u>NOTICE OF INTERESTED PARTIES</u>

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for Defendant Quill & Arrow LLP certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Ford Motor Company | Plaintiff |
| Quill & Arrow LLP | Defendant |

Pursuant to Fed. R. Civ. P. 7.1(a)(2), undersigned counsel of record for Defendant certifies that all of Quill & Arrow LLP's partners are citizens of the State of California.

Undersigned counsel of record for Defendant also certifies that the following insurance carriers may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense: AmTrust North America.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: July 21, 2026                                MILBANK LLP


By: /s/  *Samir L. Vora*
    Samir L. Vora
    svora@milbank.com

*Attorneys for Defendant*

NOTICE OF INTERESTED PARTIES